BANK OF CHICO v. SPECT, Executrix, etc.

No. 11,175; August 3, 1886.

11 Pac. 740.

**Administration — Presentation of Claims — Evidence.**—Where there was no proof of the signature of the executor to the rejection of a claim against an estate, held, that there was no proof of the presentation of the claim.[1]

Park Henshaw, for appellant, Bank of Chico; J. T. Harrington for respondent, Spect, executrix, etc.

By the COURT.—The answer raised an issue as to the presentation of the claim to the executor. The decision is sustained by the evidence. There was no proof of the signature of the executor to the rejection of the claim, and therefore no proof of presentment.

Judgment and order affirmed.